Civil no. 2:24-cv-1718

~~Be Pea~~ I want to add this statement to this case.
The Board of Governors of the Federal Reserve System are sharing my personal and business information against me and harrassing me. also, They are racist. They are helping identity thieves to get my information.

X _Enos Smith Jr._   5/7/2024

RECD MAY - 7 2024

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENOS SMITH, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE<br>FEDERAL RESERVE SYSTEM,<br><br>Defendant. | CIVIL NO.  2:24-cv-1718 |

### NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant Board of Governors of the Federal Reserve System ("Board") hereby notifies the Court as follows:

1.      The Board is a defendant in a civil action now pending in the First Judicial District of Pennsylvania, Court of Common Pleas of Philadelphia ("Pennsylvania state court"), Case No. 230301225, entitled *Enos Smith, Jr. v. Board of Governors of the Federal Reserve System*.

2.      The above-entitled action was apparently filed on March 10, 2023 in the Pennsylvania state court. However, the Board was never properly served pursuant to Federal Rule of Civil Procedure 4(i). The Board has not made an appearance, nor filed any pleadings or papers, in the Pennsylvania state court action.

3.      Plaintiff alleges that "the Feds" have violated his "privacy rights" because he is purportedly being watched at various residential locations, a Walmart, a Domino's pizza store, and a UPS distribution center.

4.      This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and

1446, because Plaintiff's action is against a federal agency and because this case is one in which this District Court has original jurisdiction.

5.      Venue is proper in this District because this District embraces the place in which the removed action has been pending.

6.      The Board has retrieved the Pennsylvania state court's docket, as well as all of the pleadings and filings linked from the docket, and has attached them hereto.

7.      The Board will be filing a copy of this notice with the clerk of the Pennsylvania state court.

8.      Even though the Board was never properly served, the Board respectfully requests 60 days from the date of docketing in this Court to respond to Plaintiffs' complaint if not dismissed *sua sponte*.

WHEREFORE, this action now pending in the Pennsylvania state court is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446.

Dated:  April 24, 2024

Respectfully submitted,

  /s/ Nicholas Jabbour
Joshua P. Chadwick, Senior Special Counsel
Nicholas Jabbour, Senior Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
nick.jabbour@frb.gov
Phone: (202) 815-7450

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on April 24, 2024, service of the foregoing has been made by mailing a copy by USPS and by Fedex overnight to:

Enos Smith, Jr.
6400 Akron Street
Philadelphia, PA 19149

A copy was also emailed to enoscsmith@yahoo.com.

_/s/ Nicholas Jabbour_

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Enos Smith Jr.

**DEFENDANTS**

Board of Governors of the Federal Reserve System

**(b)** County of Residence of First Listed Plaintiff   Philadelphia County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Washington, D.C.
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Enos Smith, Jr. (pro se), 6400 Akron Street, Philadelphia,
PA 19149, (267) 325-1066

Attorneys *(If Known)*
Nicholas Jabbour, 20th Street and Constitution Avenue, NW,
Washington, DC 20551, (202) 815-7450

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☒ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | **PERSONAL INJURY** | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 310 Airplane   ☐ 365 Personal Injury - Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 315 Airplane Product Liability   ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander   Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability   ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability   **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability   ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☒ 195 Contract Product Liability | ☐ 360 Other Personal Injury   ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice   ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923)   ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI   ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g))   ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS**   ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant)   ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609   ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty   **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:**   ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other   ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| | | | | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Not specified in Plaintiff's complaint

Brief description of cause:
Plaintiff claims that "the Feds" have violated his "privacy rights"

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE                                    DOCKET NUMBER

DATE
4/24/2024

SIGNATURE OF ATTORNEY OF RECORD
/s/ Nicholas Jabbour

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

05/2023

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff:   6400 Akron Street, Philadelphia, PA 19149

Address of Defendant:   20th Street & Constitution Ave, NW, Washington DC 20551

Place of Accident, Incident or Transaction:   unknown

---

*RELATED CASE IF ANY:*

Case Number:_____   Judge:_____   Date Terminated_____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit Pending or within one year previously terminated action in this court?    Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier Numbered case pending or within one year previously terminated action of this court?    Yes ☐   No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se case filed by the same individual?    Yes ☐   No ☒

I certify that, to my knowledge, the within case ☐ is / ☒ is **not** related to any now pending or within one year previously terminated action in this court except as note above.

DATE: _____   /s/ Nicholas Jabbour _____   DC 500626

*Attorney-at-Law (Must sign above)*   *Attorney I.D. # (if applicable)*

---

**Civil (Place a √ in one category only)**

*A.   Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☐ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☒ 15. All Other Federal Question Cases. *(Please specify):*____ tort ____

*B.   Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):*_____
☐ 7. Products Liability
☐ 8. All Other Diversity Cases:  *(Please specify)*_____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐   Pursuant to Local Civil Rule 53.2 § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐   Relief other than monetary damages is sought.

DATE: _____   _____   _____

*Attorney-at-Law (Sign here if applicable)*   *Attorney ID # (if applicable)*

NOTE: A trial de novo will be a jury only if there has been compliance with F.R.C.P. 38.



**The Philadelphia Courts**
# Civil Docket Access

No Items in Cart    **LOGIN**

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 230301225 |
| **Case Caption:** | SMITH JR VS FEDERAL RESERVE SYSTEM |
| **Filing Date:** | Friday , March 10th, 2023 |
| **Court:** | MAJOR NON JURY EXPEDITED |
| **Location:** | CITY HALL |
| **Jury:** | NON JURY |
| **Case Type:** | WRONGFUL USE OF CIVIL PROCESS |
| **Status:** | LISTED FOR TRIAL |

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| TRIAL | 29-APR-2024 09:30 AM | CITY HALL | COURTROOM 602 | ROBERTS, JOSHUA |

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|---|
| 1 | | | | PLAINTIFF | SMITH JR, ENOS |
| **Address:** | 6400 AKRON ST PHILADELPHIA PA 19149 (267)325-1066 | | **Aliases:** | *none* | |
| | | | | | |
| 2 | | | | DEFENDANT | FEDERAL RESERVE SYSTEM |
| **Address:** | FEDERAL RESERVE SYSTEM 20TH ST & CONSTITUTION AVE FEDERAL RESERVE BOAR DC 20551 | | **Aliases:** | *none* | |

| 3 | | 12-JAN-2024 | MOTION ASSIGMENT JUDGE | LEVIN, CRAIG R |
|---|---|---|---|---|
| **Address:** | CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

| 4 | | 31-OCT-2023 | TEAM LEADER | FLETMAN, ABBE F |
|---|---|---|---|---|
| **Address:** | 606 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

| 5 | | | JUDGE | HANGLEY, MICHELE D |
|---|---|---|---|---|
| **Address:** | CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

| 6 | | | TEAM LEADER | ROBERTS, JOSHUA |
|---|---|---|---|---|
| **Address:** | 538 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

| 7 | | | JUDGE PRO TEMPORE | CHARAMELLA, REBECCA |
|---|---|---|---|---|
| **Address:** | SETTLEMENT OFFICER 691 E CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

| 8 | | | MOTION ASSIGMENT JUDGE | TURNER, CAROLINE |
|---|---|---|---|---|
| **Address:** | CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 10-MAR-2023 09:57 AM | ACTIVE CASE | | |
| **Docket Entry:** | *none.* | | |

| 10-MAR-2023 10:08 AM | COMMENCEMENT OF CIVIL ACTION | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 10-MAR-2023 10:08 AM | COMPLAINT FILED NOTICE GIVEN | SMITH JR, ENOS | |
|---|---|---|---|
| **Documents:** | ⚖ Click link(s) to preview/purchase the documents<br>CMPLC_3.pdf | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |

| 10-MAR-2023 10:08 AM | SHERIFF'S SURCHARGE 1 DEFT | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 10-MAR-2023 10:08 AM | WAITING TO LIST CASE MGMT CONF | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 13-MAR-2023 09:43 AM | AFFIDAVIT OF SERVICE FILED | SMITH JR, ENOS | |
|---|---|---|---|
| **Documents:** | ⚖ Click link(s) to preview/purchase the documents<br>AFDVT_6.pdf | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | OF COMPLAINT BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED UPON FEDERAL RESERVE SYSTEM ON 3/13/2023. | | |

| 18-MAY-2023 04:10 PM | LISTED FOR CASE MGMT CONF | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 20-MAY-2023 12:30 AM | NOTICE GIVEN | | |
|---|---|---|---|
| **Docket Entry:** | OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR 07-JUN-2023. | | |

| **Entry:** | |

| | |

| 07-JUN-2023 03:01 PM | CASE MGMT CONFERENCE COMPLETED | ITALIANO, THERESA | |

| **Docket Entry:** | *none.* |

| | |

| 07-JUN-2023 03:01 PM | CASE MANAGEMENT ORDER ISSUED | | |

| **Documents:** | ✂ Click link(s) to preview/purchase the documents  CMOIS_10.pdf | 🛒 **Click HERE to purchase all documents  related to this one docket entry** |

| **Docket Entry:** | IT IS ORDERED THAT THE ABOVE CAPTIONED MATTER IS HEREBY ASSIGNED TO THE APRIL_POOL AND COUNSEL SHOULD ANTICIPATE TRIAL TO BEGIN EXPEDITIOUSLY THEREAFTER. COUNSEL AND PARTIES WILL BE NOTICED FOR TRIAL TO TAKE PLACE DURING THE DESIGNATED TRIAL POOL MONTH. ALL COUNSEL AND PARTIES MUST IMMEDIATELY NOTIFY THE COURT IN WRITING OF ANY SCHEDULING CONFLICTS, INCLUDING TRIAL ATTACHMENTS AND PRE-PAID VACATIONS, AND ARE UNDER A CONTINUING OBLIGATION TO NOTIFY THE COURT OF ANY SUBSEQUENT TRIAL ATTACHMENTS DURING THE TRIAL POOL MONTH. THE TRIAL CONFLICT LETTER MUST BE SUBMITTED NOT LATER THAN THE 20TH DAY PRIOR TO THE START OF THE TRIAL POOL.THE COURT WILL NOT RECOGNIZE ANY UNTIMELY CONFLICT NOTIFICATIONS. FAILURE TO NOTIFY THE COURT OF ANY SCHEDULING CONFLICTS WILL RESULT IN THE ISSUANCE OF APPROPRIATE SANCTIONS. TO ELECTRONICALLY FILE THE TRIAL POOL CONFLICT LETTER, ACCESS THE ?EXISTING CASE? SECTION OF THE COURT?S ELECTRONIC FILING SYSTEM. SELECT "CONFERENCE SUBMISSIONS" AS THE FILING CATEGORY. SELECT "TRIAL POOL CONFLICT LETTER" AS THE DOCUMENT TYPE. IF THE CASE IS NOT CALLED FOR TRIAL DURING THE DESIGNATED TRIAL POOL MONTH, IT WILL AUTOMATICALLY BE ASSIGNED TO THE NEXT TRIAL POOL MONTH AND EACH SUBSEQUENT TRIAL POOL MONTH UNTIL THE MATTER IS CALLED TO TRIAL. PARTIES ARE UNDER A CONTINUING OBLIGATION TO ELECTRONICALLY FILE CONFLICT LETTERS BEFORE THE START OF EACH TRIAL POOL MONTH. AND NOW, 07-JUN-2023, IT IS ORDERED THAT: 1. THE CASE MANAGEMENT AND TIME STANDARDS ADOPTED FOR EXPEDITED TRACK CASES SHALL BE APPLICABLE TO THIS CASE AND ARE HEREBY INCORPORATED INTO THIS ORDER. 2. ALL DISCOVERY IN THE ABOVE MATTER SHALL BE COMPLETED NOT LATER THAN 04-DEC-2023. 3. PLAINTIFF?S EXPERT REPORT, IF APPLICABLE, INCLUDING ANY SUPPLEMENTAL REPORT, IS TO BE SERVED ON OPPOSING COUNSEL AND/OR OPPOSING PARTY ON OR BEFORE 04-DEC-2023. 4. DEFENDANT?S AND ANY ADDITIONAL DEFENDANTS' EXPERT REPORT IS TO BE SERVED ON OPPOSING COUNSEL AND/OR OPPOSING PARTY ON OR BEFORE 02-JAN-2024. 5. ALL PRE-TRIAL AND DISPOSITIVE MOTIONS MUST BE FILED NO LATER THAN 02-JAN-2024. 6. A MANDATORY PRE-TRIAL SETTLEMENT CONFERENCE WILL BE SCHEDULED ANY TIME AFTER 04-MAR-2024. COUNSEL MUST APPEAR AT THE MANDATORY PRE-TRIAL SETTLEMENT CONFERENCE WITH KNOWLEDGE OF THE CASE AND SETTLEMENT AUTHORITY. FAILURE TO COMPLY WITH THIS DIRECTIVE WILL RESULT IN THE |

ISSUANCE OF A RULE RETURNABLE TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ENTERED. EARLIER LISTINGS WILL BE SCHEDULED AT THE DISCRETION OF THE COURT. FAILURE OF ANY UNREPRESENTED PARTY OR COUNSEL TO APPEAR WILL RESULT IN THE ISSUANCE OF A RULE RETURNABLE TO SHOW CAUSE WHEY SANCTIONS SHOULD NOT BE ENTERED. TEN (10) DAYS PRIOR TO THE CONFERENCE, ALL COUNSEL SHALL SERVE UPON ALL OPPOSING COUNSEL AND/OR OPPOSING PARTIES AND FILE WITH THE COURT A PRE-TRIAL SETTLEMENT MEMORANDUM CONTAINING THE FOLLOWING: (a) A CONCISE SUMMARY OF THE NATURE OF THE CASE IF PLAINTIFF OR THE DEFENSE IF DEFENDANT OR ADDITIONAL DEFENDANT; (b) A LIST OF ALL WITNESSES WHO MAY BE CALLED TO TESTIFY AT TRIAL BY NAME AND ADDRESS. COUNSEL SHOULD EXPECT WITNESSES NOT LISTED TO BE PRECLUDED FROM TESTIFYING AT TRIAL; (c) A LIST OF ALL EXHIBITS THE PARTY INTENDS TO OFFER INTO EVIDENCE. ALL EXHIBITS SHALL BE PRE-NUMBERED AND SHALL BE EXCHANGED AMONG COUNSEL PRIOR TO THE CONFERENCE. COUNSEL SHOULD EXPECT ANY EXHIBIT NOT LISTED TO BE PRECLUDED AT TRIAL; (d) PLAINTIFF SHALL LIST AN ITEMIZATION OF INJURIES OR DAMAGES SUSTAINED TOGETHER WITH ALL SPECIAL DAMAGES CLAIMED BY CATEGORY AND AMOUNT. THIS LIST SHALL INCLUDE AS APPROPRIATE, COMPUTATIONS OF ALL PAST LOST EARNINGS AND FUTURE LOST EARNING CAPACITY OR MEDICAL EXPENSES TOGETHER WITH ANY OTHER UNLIQUIDATED DAMAGES CLAIMED; AND (e) DEFENDANT SHALL STATE ITS POSITION REGARDING DAMAGES AND SHALL IDENTIFY ALL APPLICABLE INSURANCE CARRIERS, TOGETHER WITH APPLICABLE LIMITS OF LIABILITY; AND (f) EACH COUNSEL SHALL PROVIDE AN ESTIMATE OF THE ANTICIPATED LENGTH OF TRIAL. FAILURE TO TIMELY FILE A PRE-TRIAL SETTLEMENT CONFERENCE MEMORANDUM MAY RESULT IN THE ISSUANCE OF A RULE RETURNABLE TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ENTERED. ALL MOTIONS IN LIMINE SHALL BE FILED IN ACCORDANCE WITH ELECTRONIC FILING PROCEDURES NOT LATER THAN FIFTEEN (15) DAYS PRIOR TO THE START OF TRIAL. RESPONDING COUNSEL SHALL HAVE TEN (10) DAYS THEREAFTER TO FILE ANY RESPONSE. FOR POOL CASES, THE START OF THE TRIAL IS DEFINED AS THE FIRST DAY OF THE TRIAL POOL LISTING. REQUESTS TO EXTEND ANY CASE MANAGEMENT DEADLINE OR FOR TRIAL CONTINUANCE MUST BE SUBMITTED BY FILING A MOTION FOR EXTRAORDINARY RELIEF AND FILED PRIOR TO THE EXPIRATION OF THE DEADLINE IN QUESTION. ANY REQUESTS FOR A DATE-CERTAIN TRIAL LISTING MUST BE SUBMITTED IN WRITING WITH SPECIFICITY, WITH A COPY TO OPPOSING PARTY, AND DIRECTED TO THE HONORABLE ABBE F. FLETMAN, TEAM LEADER, VIA THE COURT?S ELECTRONIC FILING SYSTEM, AS A TRIAL CONFLICT LETTER. HOWEVER, SAID REQUESTS MAY BE MADE ONLY UNDER EXIGENT CIRCUMSTANCES. COUNSEL SHOULD HAVE SUBSTITUTE COUNSEL PREPARED TO CONDUCT SETTLEMENT CONFERENCE AND/OR TRIAL WHERE PRACTICABLE. ALL COUNSEL ARE UNDER A CONTINUING OBLIGATION AND ARE HEREBY ORDERED TO SERVE A COPY OF THIS ORDER UPON ALL UNREPRESENTED PARTIES AND UPON ALL COUNSEL ENTERING AN APPEARANCE SUBSEQUENT TO THE ENTRY OF THIS ORDER. ...BY THE COURT: ABBE FLETMAN, J.

| 07-JUN-2023 03:01 PM | LISTED-PROJ. PRE-TRIAL CONF | |
|---|---|---|

| Docket Entry: | *none.* | | |
|---|---|---|---|
| | | | |
| 07-JUN-2023 03:01 PM | LISTED IN TRIAL READY POOL | | |
| Docket Entry: | *none.* | | |
| | | | |
| 07-JUN-2023 03:01 PM | NOTICE GIVEN UNDER RULE 236 | | |
| Docket Entry: | NOTICE GIVEN ON 08-JUN-2023 OF CASE MANAGEMENT ORDER ISSUED ENTERED ON 07-JUN-2023. | | |
| | | | |
| 09-JUN-2023 12:47 PM | MOTION TO AMEND | SMITH JR, ENOS | |
| Documents: | ⚖ Click link(s) to preview/purchase the documents MTAMD_14_002.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | 16-23067416 RESPONSE DATE: 6/29/2023. MOTION TO AMEND COMPLAINT FILED. | | |
| | | | |
| 30-JUN-2023 04:44 PM | MOTION ASSIGNED | | |
| Docket Entry: | 16-23067416 MOTION TO AMEND ASSIGNED TO JUDGE: HANGLEY, MICHELE D. ON DATE: JUNE 30, 2023 | | |
| | | | |
| 03-JUL-2023 11:04 AM | ORDER ENTERED/236 NOTICE GIVEN | HANGLEY, MICHELE D | |
| Documents: | ⚖ Click link(s) to preview/purchase the documents ORDER_16.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | 16-23067416 IT IS ORDERED THAT PLTF'S MOTION TO AMEND IS DENIED. PLTF'S PROPOSED AMENDED COMPLAINT DOES NOT STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED. BY THE COURT ...HANGLEY,J 7/3/23 | | |
| | | | |
| 03-JUL-2023 11:04 AM | NOTICE GIVEN UNDER RULE 236 | | |
| Docket Entry: | NOTICE GIVEN ON 03-JUL-2023 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 03-JUL-2023. | | |
| | | | |

| 08-JAN-2024 01:10 PM | CONFERENCE DATE SET | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 08-JAN-2024 01:12 PM | LISTED FOR PRE-TRIAL CONF | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 10-JAN-2024 12:31 AM | NOTICE GIVEN | | |
|---|---|---|---|
| **Docket Entry:** | OF PRE TRIAL CONFERENCE SCHEDULED FOR 26-FEB-2024. | | |

| 27-FEB-2024 09:31 AM | CONFERENCE CANCELLED | CHARAMELLA, REBECCA | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 22-MAR-2024 03:15 PM | WAITING TO LIST FOR TRIAL | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 22-MAR-2024 03:16 PM | LISTED FOR TRIAL | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 22-MAR-2024 03:16 PM | NOTICE GIVEN | | |
|---|---|---|---|
| **Documents:** | ⚒ Click link(s) to preview/purchase the documents CLNGV_24.pdf | 🛒 **Click HERE to purchase all documents related to this one docket entry** | |
| **Docket Entry:** | *none.* | | |

| 22-MAR-2024 03:16 PM | NOTICE GIVEN UNDER RULE 236 | | |
|---|---|---|---|

| **Docket Entry:** | NOTICE GIVEN ON 22-MAR-2024 OF NOTICE GIVEN ENTERED ON 22-MAR-2024. |
|---|---|

▸ Case Description    ▸ Related Cases    ▸ Event Schedule    ▸ Case Parties    ▸ Docket Entries

[ Search Home ]  [ Return to Results ]

Court of Common Pleas of Philadelphia County
Trial Division
**Civil Cover Sheet**

For Prothonotary Use Only (Docket Number)

MARCH 2023                    001225

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ENOS Smith Jr. | Feds ( Federal Reserve System) |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| 6400 AKron street. Philadelphia, PA 19149 | Washington, D.C. The Federal Reserve Board of Governors in Washington, D.C. |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
|  | 20th Street and Constitution Avenue |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
|  | N.W., Washington, DC 20551 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
|  |  |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
|  |  |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | unknown | ☑ Complaint        ☐ Petition Action        ☐ Notice of Appeal<br>☐ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☑ More than $50,000,00 | ☐ Arbitration<br>☐ Jury<br>☑ Non-Jury<br>☑ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Minor Court Appeal<br>☐ Statutory Appeals<br>☐ Commerce (Completion of<br>    Addendum Required) | ☑ Settlement<br>☐ Minors<br>☐ W/D/Survival |

| CASE TYPE AND CODE (SEE INSTRUCTIONS) |
|---|
| 5M |

| STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS) |
|---|
|  |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
|  | CMPLC-Smith Jr Vs Federal Reserve System | Yes   No<br>☐    ☐<br>☐    ☐<br>☐    ☐ |

23030122500003

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:

Papers may be served at the address set forth below..

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| ENOS Smith Jr. | 6400 AKron street. Philadelphia, PA 19149 |
| **PHONE NUMBER**          **FAX NUMBER** | **E-MAIL ADDRESS** |
| (267) 325-1006 texting | enoscsmith@yahoo.com |
| **SUPREME COURT IDENTIFICATION NO.** |  |
| **SIGNATURE** | **DATE** |
| Enos Smith Jr. | 2/16/2023 |

## Instructions for Completing Civil Cover Sheet

Rules of Court require that a Civil Cover Sheet be attached to any document commencing an action (whether the action is commenced by Complaint, Writ of Summons, Notice of Appeal, or by Petition). The information requested is necessary to allow the Court to properly monitor, control and dispose cases filed. A copy of the Civil Cover Sheet must be attached to service copies of the document commencing an action. The attorney or non-represented party filing a case shall complete the form as follows:

**A. Parties**

    *i. Plaintiffs/Defendants*
    Enter names (last, first, middle initial) of plaintiff, petitioner or appellant ("plaintiff") and defendant. If the plaintiff or defendant is a government agency or corporation, use the full name of the agency or corporation. In the event there are more than three plaintiffs and/or three defendants, list the additional parties on the Supplemental Parties Form. Husband and wife are to be listed as separate parties.

    *ii. Parties' Addresses*
    Enter the address of the parties at the time of filing of the action. If any party is a corporation, enter the address of the registered office of the corporation.

    *iii. Number of Plaintiffs/Defendants;* Indicate the total number of plaintiffs and total number of defendants in the action.

**B.** Commencement Type: Indicate type of document filed to commence the action.

**C.** Amount in Controversy: Check the appropriate box.

**D.** Court Program: Check the appropriate box.

**E.** Case Types: Insert the code number and type of action by consulting the list set forth hereunder. To perfect a jury trial, the appropriate fees must be paid as provided by rules of court.

**Proceedings Commenced by Appeal**

Minor Court
  5M Money Judgment
  5L Landlord and Tenant
  5D Denial Open Default Judgment
  5B Code Enforcement
     Other;
Local Agency
  5B Motor Vehicle Suspension - Breathalyzer
  5V Motor Vehicle Licenses, Inspections, Insurance
  5C Civil Service
  5K Philadelphia Parking Authority
  5Q Liquor Control Board
  5R Board of Revision of Taxes
  5X Tax Assessment Boards
  5Z Zoning Board
  52 Board of View
  51 Other;
Other;

**Proceedings Commenced by Petition**

8P Appointment of Arbitrators
8C Name Change - Adult
8L Compel Medical Examination
8D Eminent Domain
8E Election Matters
8F Forfeiture
8S Leave to Issue Subpoena
8M Mental Health Proceedings
8G Civil Tax Case - Petition
  Other;

**Actions Commenced by Writ of Summons or Complaint**

Contract
  1C Contract
  1T Construction
  1O Other;
Tort
  2B Assault and Battery
  2L Libel and Slander
  4F Fraud
  1J Bad Faith
  2E Wrongful Use of Civil Process
     Other;
Negligence
  2V Motor Vehicle Accident
  2H Other Traffic Accident
  1F No Fault Benefits
  4M Motor Vehicle Property Damage
  2F Personal Injury - FELA
  2O Other Personal Injury
  2S Premises Liability - Slip & Fall
  2P Product Liability
  2T Toxic Tort
    T1 Asbestos
    T2 DES
    T2 Implant
  3B Toxic Waste
    Other;

Professional Malpractice
  2D Dental
  4L Legal
  2M Medical
  4Y Other;
1G Subrogation
Equity
  E1 No Real Estate
  E2 Real Estate
  1D Declaratory Judgment
  MJ Mandamus
Real Property
  3R Rent, Lease, Ejectment
  Q1 Quiet Title
  3D Mortgage Foreclosure - Residential Owner Occupied
  3F Mortgage Foreclosure - Not Residential Not Owner Occupied
  1L Mechanics Lien
  P1 Partition
    Prevent Waste
  1V Replevin
1H Civil Tax Case - Complaint
  Other;

Program

**F.** Commerce
Commencing January 3, 2000 the First Judicial District instituted a Commerce Program for cases involving corporations and corporate law issues, in general. If the action involves corporations as litigants or is deemed a Commerce Program case for other reasons, please check this block AND complete the information on the "Commerce Program Addendum". For further instructions, see Civil Trial Division Administrative Docket 01 of 2000.

**G.** Statutory Basis for Cause of Action
If the action is commenced pursuant to statutory authority ("Petition Action"), the specific statute must be identified.

**H.** Related Pending Cases
All previously filed related cases, regardless of whether consolidated by Order of Court or Stipulation, must be identified.

**I.** Plaintiff's Attorney
The name of plaintiff's attorney must be inserted herein together with other required information. In the event the filer is not represented by an attorney, the name of the filer, address, the phone number and signature is required.

The current version of the Civil Cover Sheet may be downloaded from the FJD's website
http://courts.phila.gov

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

Enos Smith Jr (Plaintiff)
6400 Akron Street
Philadelphia, PA 19149.

**MARCH 2023**

**001225**

Federal Reserve Board (Defendants)
The Federal Reserve Board of
Governors in Washington, D.C.

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral
and Information Service
1101 Market St., 11th Floor
Philadelphia, Pennsylvania 19107
(215) 238-6333

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
1101 Market St., 11th Piso
Filadelfia, Pennsylvania 19107
(215) 238-6333

10-284

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

Enos Smith Jr.

_____
Plaintiff(s)

v.

Feds (Federal Reserve
System)
_____
Defendant(s)

MARCH 2023 Term, 20____

No. 001225

CIVIL ACTION COMPLAINT

I am being watched by lights, mirrors, and televisions. I do not have any privacy in the houses at 6400 Akron street Philadelphia, PA and 3 Turner Lane, Willingboro NJ 08046. Feds, Identity theft Stacy Lynn Rapp and the public are viewing. Feds and the public people are viewing me at the Walmart Store, Dominio's Pizza, store, and old job at UPS Distribution center where I works at. I am being targeted. Neighbors have lights and cameras pointing to where I live. plus the utility pole lights. Can I sue the Feds at civil court for violating my privacy rights? I am seeking a lawsuit against federal officials for letting the public people viewing at me even when I am being naked included my family mom and dad being naked too. I have been injured by sharing my personal information.

## VERIFICATION

Plaintiff(s) _ENOS Smith Jr._____

_____

hereby verify that the statements set forth in the foregoing Complaint are true and correct to the best of

my knowledge, information and belief. I understand that these statements are made subject to the

penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

_Enos Smith Jr._
Signature

_Enos Smith Jr._
Signature

Dated: _2/16/2023_

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

_Enos Smith Jr._
**Plaintiff(s)**

v.

_Federal ~~Re~~ Reserve System_
**Defendant(s)**

Case Number: _23030122S_

Control Number: _[stamp: RECEIVED 2023 MAR 13 AM 9:45 FIRST JUDICIAL DISTRICT PA JUDICIAL RECORDS]_

## AFFIDAVIT OF SERVICE

I, _Enos Smith Jr._, hereby certify that on _3/13/2023_
(Print Name)                                              (Date)

I served a copy of the following documents: (select all that apply)

☑ Complaint / Statement of Claim            ☐ Notice of Appeal

☐ Rule to File Complaint                            ☐ Rule to Show Cause

☐ Motion/Petition to: _____

☐ Other: _____          AFDVT-Smith Jr Vs Federal Reserve System

upon the following parties:

☐ Plaintiff(s): _____

☑ Defendant(s): _____          23030122500006

☐ Other: _____

by: (select the type of service used to serve the documents)

☑ Certified Mail                                              ☐ Posting

☐ Regular Mail                                              ☐ Other: _____

☐ Personal Delivery

_3/13/2023_
Date

_Enos Smith, Jr._
Signature

(Affidavit of Service Form 10/21/22)

**UNITED STATES POSTAL SERVICE.**

WILLINGBORO
16 REV DR MARTIN LUTHER KING JR DR
WILLINGBORO, NJ 08046-9998
(800)275-8777

03/10/2023 03:47 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 1 | $1.69 | $1.69 |
| First-Class Mail® Large Envelope | 1 | | $1.74 |
| Washington, DC 20551 | | | |
| Weight: 0 lb 3.00 oz | | | |
| Estimated Delivery Date Mon 03/13/2023 | | | |
| Certified Mail® | | | $4.15 |
| Tracking #: 70210350000137467374 | | | |
| Total | | | $5.89 |

Grand Total: $7.58

Cash $8.00
Change -$0.42

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 339170-0046
Receipt #: 340-50800048-3-6173395-1
Clerk: 08

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

0046
08

Certified Mail Fee $4.15

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here
MAR 2023
03/10/2023

Postage $1.74

Total Postage and Fees $5.89

Sent To

Street and Apt. No., or PO Box No.

021 0350 0001 3746

TRIAL DIVISION - CIVIL
07-JUN-2023
**T. ITALIANO**

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL**

| | |
|---|---|
| *SMITH JR* | *March Term 2023* |
| *VS* | *No. 01225* |
| *FEDERAL RESERVE SYSTEM* | |

### *CASE MANAGEMENT ORDER*
### *EXPEDITED TRACK*

It is Ordered that the above captioned matter is hereby assigned to the April 2024 Trial Pool and counsel should anticipate trial to begin expeditiously thereafter. Counsel and parties will be noticed for trial to take place during the designated trial pool month. All counsel and parties must immediately notify the court of any scheduling conflicts, including trial attachment and pre-paid vacations by electronically filing a trial pool conflict letter and are under a continuing obligation to notify the court of any subsequent trial attachments during the trial pool month. The trial conflict letter must be submitted not later than the 20th day prior to the start of the trial pool. The court will not recognize any untimely conflict notifications. Failure to notify Court of scheduling conflicts will result in the imposition of appropriate sanctions. To electronically file the trial pool conflict letter, access the "Existing Case" section of the court's electronic filing system. Select "Conference Submissions" as the filing category. Select "Trial Pool Conflict Letter" as the document type.

**AND NOW, 07-JUN-2023, it is Ordered that:**

1. The case management and time standards adopted for expedited track cases shall be applicable to this case and are hereby incorporated into this Order.

2. All *discovery* in the above matter shall be completed not later than *04-DEC-2023.*

3. *Plaintiff's expert report,* if applicable, including any supplemental report, is to be served on opposing counsel and/or opposing party on or before *04-DEC-2023.*

4. *Defendant's and any additional defendants' expert report* is to be served on opposing counsel and/or opposing party on or before *02-JAN-2024.*

5. All *pre-trial and dispositive motions* must be filed no later than *02-JAN-2024.*

6. A mandatory *pre-trial settlement conference* will be scheduled any time after *04-MAR-2024.*

*EARLIER LISTINGS WILL BE SCHEDULED AT THE DISCRETION OF THE COURT.*

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b)   T. ITALIANO   07/06/2023

*FAILURE OF ANY UNREPRESENTED PARTY OR COUNSEL TO APPEAR WILL RESULT IN THE ISSUANCE OF A RULE RETURNABLE TO SHOW CAUSE WHY JUDGMENT SHOULD NOT BE ENTERED.*

Ten (10) days prior to the conference, all counsel shall serve upon all opposing counsel and/or opposing parties and file with the Court a pre-trial settlement memorandum containing the following:

(a) A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant;

(b) A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial;

(c) A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial;

(d) Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and

(e) Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability; and

(f) Each counsel shall provide an estimate of the anticipated length of trial.

*FAILURE TO TIMELY FILE A PRE-TRIAL SETTLEMENT CONFERENCE MEMORANDUM WILL RESULT IN THE ISSUANCE OF A RULE RETURNABLE TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ENTERED.*

All Motions in Limine shall be filed in accordance with electronic filing procedures not later than fifteen (15) days prior to the start of trial. Responding counsel shall have ten (10) days thereafter to file any response. For pool cases, the start of the trial is defined as the first day of the trial pool listing.

Requests to extend any case management deadline or for trial continuance must be submitted by filing a Motion for Extraordinary relief and filed prior to the expiration of the deadline in question.

Any requests for a date-certain trial listing must be submitted in writing with specificity, with a copy to opposing party, and directed to the Honorable Abbe F. Fletman, Team Leader, via the Court's Electronic Filing System, as a Trial Conflict Letter. However, said requests may be made only under exigent circumstances.

Counsel should have substitute counsel prepared to conduct settlement conference and/or trial where practicable.

All counsel are under a continuing obligation and are hereby ordered to serve a copy of this Order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this order.

BY THE COURT:
ABBE FLETMAN, J.
TEAM LEADER

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

ENOS Smith Jr.
_____
Plaintiff/Petitioner

v.

Federal Revenue System
_____
Defendant/Respondent

June 9th Term, 20 23
No. 230 301225

Control No. 067416

## RULE

AND NOW, this 9th day of 2023 _____, _____, upon consideration of the

foregoing Motion/Petition _____

_____

_____, a RULE is hereby entered upon the Respondent to show cause why the relief requested

therein should not be granted.

RULE RETURNABLE on the _____ day of 2023 _____, _____, at

_____ a.m./p.m., in Courtroom _____, City Hall, Philadelphia, PA  19107.

BY THE COURT:

_____
J.

MTAMD-Smith Jr Vs Federal Reserve System

23030122500014

Case ID: 230301225
Control No.: 23067416

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

ENOS SMITH Jr.

_____
Plaintiff

v.

Federal Reserve System

_____
Defendant

June 9th Term, 20 23

No. 230 301 225

Control No. 067416

## ORDER

AND NOW, this 9th day of _____, _____, upon consideration of the
Motion/Petition _____
_____, and
any response thereto, it is ORDERED and DECREED that said Motion/Petition is _____

I want to amend a complaint.
_____
_____
_____


BY THE COURT:


_____
J.

**FILED**
06/09/2023 12:47 pm
**Civil Administration**
S. MACGREGOR

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

Enos Smith Jr
_____
Plaintiff

June 9th Term, 20 23

No. 230301225

v.

Federal Revenue System
_____
Defendant

Control No. 067416

**RESPONSE DATE**

JUN 29 2023

OFFICE OF JUDICIAL RECORDS

(Please fill in information below)

I was targeted and being watched. I was injured by ~~the~~ sharing my personal information for years since I was 37 years old, I'm not sure when the exactly The Federal Revenue System started watching me.

Case ID: 230301225
Control No.: 23067416

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

Enos Smith Jr.

_____
Plaintiff

v.

The Federal Revenue System

_____
Defendant

June 9th _____ Term, 20 23

No. 230 301 225

Control No. _____

## MEMORANDUM OF LAW
### (Brief in support of Motion/Petition, or Answer)

(Please fill in information below)

## CERTIFICATION OF SERVICE

I, _Enos Smith Jr_____, hereby certify that a true and correct copy of the foregoing Motion/Petition and accompanying papers, was served on the below listed addresses by First-Class United States mail, postage pre-paid on _____(date):

Name: _Enos Smith Jr._

Address: _6400 Akron Street Apt 1_

Address: _3 Turner Lane_

City, State, Zip Code: _Philadelphia, PA 19149_


Name:_____

Address:_____

Address:_____

City, State, Zip Code:_____


Name:_____

Address:_____

Address:_____

City, State, Zip Code:_____


Date: _June 9th 2023_          By: _Enos Smith Jr_

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

ENOS Smith JR.

_____
**Plaintiff**

v.

Federal Reserve System

_____
**Defendant**

June 9th Term, 20 23

No. 230 301 225

Control No. __067416__

### ORDER

AND NOW, this 3rd day of July 2023, upon consideration of the
Motion/Petition to Amend

_____, and
~~any response thereto~~, it is ORDERED and DECREED that said Motion/Petition is _DENIED_

I want to amend a complaint
Plaintiff's proposed Amended Complaint does
not state a claim upon which relief
may be granted.

BY THE COURT:

_____
MICHELE D. HANGLEY J.
JUDGE

Complex Litigation
Center

JUL 3 2023

J Stewart

230301225-Smith Jr Vs Federal Reserve System

23030122500016

Case ID: 230301225
Control No.: 23067416

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b)  J. STEWART  07/03/2023



### IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### TRIAL DIVISION -- CIVIL

| SMITH JR | March Term 2023 |
|---|---|
| VS | No. 01225 |
| FEDERAL RESERVE SYSTEM | |

#### *NOTICE OF TRIAL ATTACHMENT*

The above captioned matter has been specially listed for a non-jury, Bench trial on 29-APR-2024, at 09:30 AM, in COURTROOM 602, City Hall, Philadelphia PA 19107.

Trial is expected to last 2 day(s).

If a party or witness requires a language interpreter, it is the obligation of the party with the requirement to request the interpreter from the First Judicial District of Pennsylvania Court Reporter, Digital Recording and Interpreter Administration using the form found at: https://www.courts.phila.gov/pdf/forms/court-reporters/interpreter-request-form.pdf. The request for an Interpreter must be made promptly upon receipt of this notice. Failure to obtain an Interpreter for time of trial may result in the imposition of appropriate sanctions.

If you have any questions concerning this matter, please call 215-686-5100.

**JOSHUA ROBERTS, J.**
**TEAM LEADER**

CLNGV-Smith Jr Vs Federal Reserve System



23030122500024

---

[1] This attachment order is subject to any earlier issued attachment order for any trial pursuant to the Five County Trial Scheduling Agreement.